```
                                                                USDC SDNY
                                                                DOCUMENT
UNITED STATES DISTRICT COURT                                    ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK                                   DOC#: _____
------------------------------------------------------------ x  DATE FILED: 6/29/2020
MT. HAWLEY INSURANCE COMPANY,                        :
                                                     :
                          Plaintiff,                 :
                                                     :          20-cv-00150 (ALC)
         -against-                                   :
                                                     :          ORDER
PIONEER CREEK B LLC,                                 :
                          Defendant.                 :
                                                     :
                                                     :
                                                     :
------------------------------------------------------------ x
```

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of Plaintiff's letter dated June 22, 2020. ECF No. 11. The Court hereby vacates its June 1, 2020 Order. The Parties are ordered to submit a status report on August 21, 2020.

Plaintiff is directed to serve this order on Defendant, and file proof of service on ECF by July 8, 2020.

**SO ORDERED.**

**Dated: June 29, 2020**
      **New York, New York**

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**