UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

MT. HAWLEY INSURANCE COMPANY,

                      Plaintiff,

v.

**1:20-cv-00150-ALC**
**ORDER**

**PIONEER CREEK B LLC** and **AMBO PROPERTIES, LLC**,

                      Defendants.

-----------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/12/2021

**ANDREW L. CARTER, JR., District Judge:**

      Plaintiff is ORDERED to serve Dkt. 29 on Defendants, and file proof of service, by March 17, 2021.

**SO ORDERED.**
**Dated: March 12, 2021**
       **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**