**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

**Mt. Hawley Insurance Company,**

                Plaintiff,

                20 **CIVIL** 150 (ALC)

     -against-              **DEFAULT JUDGMENT**

**Pioneer Creek B LLC & Ambo Properties, LLC**,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Opinion and Order dated September 27, 2021, Plaintiff Mt. Hawley's motion for default judgment is hereby **GRANTED** with respect to its declaratory judgment that Mt. Hawley is not obligated to defend or indemnify Defendants in the Underlying Action.

**DATED**: New York, New York
          September 27, 2021

                                          **RUBY J. KRAJICK**

                                            **Clerk of Court**

                              **BY:** _____

                                            **Deputy Clerk**